George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
info@freedomlegalteam.com
*Counsel for Plaintiff Marisol Munoz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marisol Munoz,<br><br>        Plaintiff,<br><br>    v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc. and Clarity Services, Inc.,<br><br>        Defendants. | Case No.: 2:25-cv-02338<br><br>**Unopposed Motion for Extension of Time for Experian Information Solutions, Inc. and Clarity Services, Inc. to Answer**<br><br>**(First Request)** |

Marisol Munoz ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for Experian Information Solutions, Inc. and Clarity Services, Inc. ("Defendants") to Answer and in support states:

1. On November 26, 2025, Defendants were served with Plaintiff's Complaint for Damages under the FCRA, 15 U.S.C. § 1681 ("Complaint").

2. Accordingly, Defendants' responsive pleading to the Complaint is due on December 17, 2025.

3. Defendants' counsel has requested more time to complete their investigation of the Plaintiff's claims and Defendants' possible defenses.

4. In addition, Plaintiff and Defendants are actively engaged in case-resolution negotiations.

5. Plaintiff does not oppose an extension of Defendants' time to respond to the Complaint so Defendants' counsel may complete its investigation into Plaintiff's claims and the parties may continue to devote their energies to resolving this matter.

6. Therefore Plaintiff respectfully requests the Court for an extension of time for Defendants to file its responsive pleading by 45 days, which is up to and including **January 31, 2026**.

7. This motion is filed in good faith and not for delay.

8. This is the first request for an extension of time for Defendants to answer the complaint and the requested extension does not prejudice the parties.

9. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Defendants must answer or otherwise respond to Plaintiff's Complaint to **January 31, 2026**.

DATED December 17, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

 */s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

**GOOD CAUSE SHOWN, IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/19/2025